IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00687-MSK-MEH

JOSEPH CANDO,

    Plaintiff,

v.

RUBEN SOLANO, and
EDDIE RHODES, individually and in their official capacities as members of the
  Pueblo, Colorado Police Department,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 25th day of April, 2006

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge