IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00687-MSK-MEH

JOSEPH CANDO,

      Plaintiff,

v.

RUBEN SOLANO, and
EDDIE RHODES, individually and in their official capacities as members of the
  Pueblo, Colorado Police Department,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss, With Prejudice **(#15)** filed August 30, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 31th day of August, 2006

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge